PMC/FC/ao 2013R00692

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2013 SEP 26 A 11: 42

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. JKB-13-0518 |
| v. | * | |
| | * | (Tampering with a witness, |
| KEITH MORRIS, | * | 18 U.S.C. § 1512) |
| | * | |
| Defendant. | * | |
| | * | |

********

## SUPERSEDING INFORMATION

The United States Attorney for the District of Maryland and the Acting Assistant Attorney General for the Civil Rights Division of the United States Department of Justice charge that:

## COUNT ONE

### Defendant and Other Entities

At all times material herein:

1. Roxbury Correctional Institution (RCI) was a facility of the Maryland Department of Public Safety and Correctional Services.

2. Defendant **KEITH MORRIS** was a Correctional Officer at RCI in Hagerstown, Maryland, in the District of Maryland.

3. KD was an inmate at RCI.

4.      On or about March 8, 2008, defendant **MORRIS** and other RCI officers struck inmate KD's body while KD was in the medical unit.

### The Charge

5.      On or about April 22, 2009, in the District of Maryland, defendant

### KEITH MORRIS

knowingly engaged in misleading conduct toward Stephen J. Nichols, an Administrative Law Judge for the state of Maryland, with the intent to hinder, delay, and prevent the communication to a federal law enforcement officer of information relating to the commission or possible commission of a federal offense; that is, defendant **KEITH MORRIS** testified at a state administrative hearing that he did not participate in an assault on March 8, 2008, and that he never witnessed anyone assault inmate KD, when, in truth and in fact, defendant **MORRIS** well knew that he and other RCI officers had struck inmate KD in the body while KD was in the medical unit on March 8, 2008.

18 U.S.C. § 1512.

_September 26, 2013_
Date

_Rod J. Rosenstein /PMK/_
ROD J. ROSENSTEIN
United States Attorney
District of Maryland

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division
U.S. Department of Justice